# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:24-cr-00008-TCB**
**USA v. Agee**
**Honorable Timothy C. Batten, Sr.**

Minute Sheet for proceedings held In Open Court on 05/09/2025.

TIME COURT COMMENCED: 10:50 A.M.
TIME COURT CONCLUDED: 11:12 A.M.
TIME IN COURT: 00:22
OFFICE LOCATION: Atlanta

COURT REPORTER: Denise Stewart
DEPUTY CLERK: Uzma Wiggins

| | |
|---|---|
| DEFENDANT(S): | [1]Corey Agee Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Irina Khasin representing Corey Agee<br>Douglas Kingsbery representing Corey Agee<br>Richard Rolwing representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [redacted] |
| MINUTE TEXT: | See judgment in criminal case. |
| HEARING STATUS: | Hearing Concluded |